THOMAS SMITH, Respondent, v. THE VARIETY IRON AND STEEL WORKS COMPANY, Appellant.

(Submitted April 14, 1913; decided May 6, 1913.)

Motion for re-argument denied, with ten dollars costs. (See 208 N. Y. 543.)

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROBERT HOWEY, Respondent, v. THE WARDEN OF THE CITY PRISON, Defendant.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant.

(Submitted April 14, 1913; decided May 6, 1913.)

Motion for re-argument denied.    (See 207 N. Y. 354.)

---

EDWARD STAFFORD, Appellant, v. MARY R. WASHBURN et al., Respondents, Impleaded with Others.

(Submitted April 28, 1913; decided May 6, 1913.)

Motion for re-argument denied, with ten dollars costs. (See 208 N. Y. 536.)